# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Manuel Von Ribbeck

                          Plaintiff,

v.                                        Case No.: 1:19−cv−01205
                                                              Honorable John Robert Blakey

Christine Negroni

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 28, 2019:

      MINUTE entry before the Honorable John Robert Blakey: Status and motion hearing held on 3/28/2019. Oral motion for leave to file an amended complaint is granted and shall be filed on or before 4/18/2019. Defendant's motion to dismiss [14] is denied without prejudice. Status hearing set for 4/24/2019 at 9:45 a.m. in Courtroom 1203. Parties shall be prepared to set additional case management dates at the next hearing. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.